**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

DENNIS MARTIN,                              )
                                           )
     Petitioner,                          )
                                           )
v.                                          )          Case No. CIV-21-93-D
                                           )
L. PETTIGREW, Warden,                      )
                                           )
     Respondent.                          )

## ORDER

Upon review of the file and noting no timely objection[1] to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 9], in its entirety.

For the reasons stated therein, Petitioner's Motion to Proceed *in forma pauperis* [Doc. No. 7] is **DENIED.** If Plaintiff's filing fee is not received by the Clerk of the Court on or before April 26, 2021, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 5th day of April, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] Mr. Martin filed a "Motion to Concur with Report and Recommendation" [Doc. No. 10] on March 31, 2021, agreeing with the Report and Recommendation.